**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks         Date: June 12, 2015
Court Reporter: Janet Coppock                 Time: one hour and 46 minutes
Probation Officer: Gary Kruck                 Interpreter: n/a

**CASE NO.  14-CR-00169-PAB-3**

<u>Parties</u>                                     <u>Counsel</u>

**UNITED STATES OF AMERICA,**                   Jaime Pena


            Plaintiff,

vs.


**3.  JAMES JOHNSON,**                          Matthew Golla



            Defendant.

---

**SENTENCING**

---

**10:05 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

**ORDERED:**  Defendant's Motion to Restrict Access [Docket No. 608], is **GRANTED**.

Page Two
14-CR-00169-PAB-3
June 12, 2015

**ORDERED:**   Defendant shall file a redacted motion deleting those issues discussed in open court.

Court addresses defendant's objections to the presentence report.

Argument by Mr. Pena in support of the Government's 5K1.1 Motion for Downward Departure Based on Substantial Assistance [Docket No. 607].

Comments by Mr. Golla.

Court states its findings and conclusions.

**ORDERED:**   Government's 5K1.1 Motion for Downward Departure Based on Substantial Assistance [Docket No. 607], is **GRANTED, as stated on the record**.

Argument by Mr. Golla in support of the defendant's Motion for Variant Sentence and comments addressing sentencing.

Argument by Mr. Pena and comments addressing sentencing.

Further argument by Mr. Golla.

Defendant addresses the Court.

**ORDERED:**   Defendant's Motion for Variant Sentence [Docket No.609], is **GRANTED in PART**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **December 5, 2015** to counts **One and Five of the Indictment.**

**ORDERED:**   Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **18** months as to counts One and Five, to be served concurrently with each other and concurrently with any other sentences of imprisonment imposed in cases pending against the defendant.

Page Three
14-CR-00169-PAB-3
June 12, 2015

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility with a substance abuse program and that the defendant take advantage of that program**.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years as to counts One and Five, to be served concurrently.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) The defendant shall not work or engage in any activities involving the use, production, or distribution of synthetic marijuana.
- (**X**) All employment for the defendant shall be approved in advance by the supervising probation officer.

**ORDERED:** Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED: No fine** is imposed because defendant has no ability to pay a fine.

Page Four
14-CR-00169-PAB-3
June 12, 2015

**ORDERED:** Defendant may surrender voluntarily as follows: **(**Report to the designated institution on or before **12:00 noon, 15 days after designation by the Bureau of Prisons.**

**ORDERED:** Government's Motion Regarding Acceptance of Responsibility as to James Johnson [Docket No. 502], is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Counts 3, 4, 6, and 29 of the Indictment as to James Johnson [Docket No. 501], is **GRANTED.**

**ORDERED:** Roger Teel's request for restitution, is **DENIED**,

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED**: Bond is continued.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**11:51 a.m.    COURT IN RECESS**

**Total in court time:     106 minutes**

**Hearing concluded**