IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00169-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  JAMES JOHNSON,

    Defendant.

---

### ORDER

---

This matter is before the Court on the Government's Motion to Restrict Document [Docket No. 620].  No objections have been filed under D.C.COLO.LCrR 47.1.  Good cause appearing, it is

**ORDERED** that the Government's Motion to Restrict Document [Docket No. 620] is granted.  It is further

**ORDERED** that Docket Nos. 621 and 622 shall be restricted under Level Two Restriction until further order of this Court.

DATED June 15, 2015.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge