IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00169-PAB-3

UNITED STATES OF AMERICA,

 Plaintiff,

v.

3.  JAMES JOHNSON,

 Defendant.

## ORDER

  This matter is before the Court on the Government's Motion to Restrict Document [Docket No. 625]. No objections have been filed under D.C.COLO.LCrR 47.1. The brief in support of the motion suggests that the government's response to Mr. Johnson's objections to the presentence investigation report contains references to confidential aspects regarding Mr. Johnson's medical condition. However, that is not true. In fact, the government's brief discusses a straightforward Guideline issue. However, the Court will restrict public access to the government's attachments, which contain certain information not pertinent to the government's response. Good cause appearing in part only, it is

  **ORDERED** that the Government's Motion to Restrict Document [Docket No. 625] is granted in part and denied in part. It is further

  **ORDERED** that the government's Brief in Support of Motion to Restrict [Docket No. 626] and its Response Opposing Defendant James Johnson's Objections to

Presentence Investigation Report [Docket No. 627] shall be filed without restriction. It is further

**ORDERED** that the attachments to Docket No. 627 shall be restricted under Level One Restriction until further order of this Court.

DATED June 16, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge