IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00169-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. JAMES JOHNSON,

    Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    It is ORDERED that Defendant, JAMES JOHNSON, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, FCI La Tuna, 8500 Doniphan Road, Anthony, Texas 79821, on August 11, 2015, by 12:00 p.m., and will travel at his own expense.

    DATED July 14, 2015.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge